UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", "Zeeek"

Defendant

Criminal No. 22-cr-10259-WGY

Violations:

Count One: Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
(21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii))

Count Two: Possession with Intent to Distribute Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii); 18 U.S.C. § 2)

Count Three: Possession with Intent to Distribute Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and (b)(1)(B)(vi); 18 U.S.C. § 2)

Count Four: Felon in Possession of Firearm
(18 U.S.C. § 922(g)(1))

Count Five: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c))

Count Six: Possession with Intent to Distribute Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi); 18 U.S.C. § 2)

Count Seven: Felon in Possession of Firearm
(18 U.S.C. § 922(g)(1))

Count Eight: Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c))

Drug Forfeiture Allegation:
(21 U.S.C. § 853)

) Firearm Forfeiture Allegation:
) (18 U.S.C. § 924(d); 28 U.S.C. § 2461(c))
)

THIRD SUPERSEDING INDICTMENT

COUNT ONE
Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances
(21 U.S.C. §§ 846, 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii))

The Grand Jury charges:

From a time unknown to the Grand Jury, and continuing until at least January 2021, in Quincy and Weymouth, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

conspired with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute controlled substances.

It is further alleged that the offense charged in Count One involved 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 100 grams and more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi) is applicable to this Count.

It is further alleged that, with respect to Count One, 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 100 grams and more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-

phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, ADERITO AMADO. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vi), is applicable to ADERITO AMADO.

It is further alleged that the offense charged in Count One involved 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, ADERITO AMADO. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(ii), is applicable to ADERITO AMADO.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

Possession with Intent to Distribute Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and 841(b)(1)(B)(ii); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about January 11, 2021, in Weymouth, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

did knowingly and intentionally possess with intent to distribute controlled substances, to wit, 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, 400 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 100 grams and more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(ii), and Title 18, United States Code, Section 2.

Before the defendant, ADERITO AMADO, committed the offense charged in this count, the defendant was convicted in Plymouth Superior Court of Possessing to Distribute a Controlled Substance (Class B) (*see Commonwealth v. Aderito Amado*, 1783-cr-00110), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT THREE
Possession with Intent to Distribute
Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(vi), and (b)(1)(B)(vi); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about January 11, 2021, in a vehicle in Weymouth, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

did knowingly and intentionally possess with intent to distribute controlled substances, to wit, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and 100 grams and more of a mixture and substance containing a detectable amount of any analogue of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

Before the defendant, ADERITO AMADO, committed the offense charged in this count, the defendant was convicted in Plymouth Superior Court of Possessing to Distribute a Controlled Substance (Class B) (*see Commonwealth v. Aderito Amado*, 1783-cr-00110), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT FOUR
Felon in Possession of Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about January 11, 2021, in Weymouth, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, including a MasterPiece Arms, MPA Model, 9mm, semi-automatic pistol, bearing serial number F20089, a Glock manufactured frame with after market model Zev Custom slide, 9mm, semi-automatic pistol, bearing serial number BERU038, and a Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number MSL440.

All in violation of Title 18, United States Code, Section 922(g)(1).

<u>COUNT FIVE</u>
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

On or about January 11, 2021, in Weymouth, in the District of Massachusetts, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

did knowingly possess one and more firearms, that is, a MasterPiece Arms, MPA Model, 9mm, semi-automatic pistol, bearing serial number F20089, a Glock manufactured frame with after market model Zev Custom slide, 9mm, semi-automatic pistol, bearing serial number BERU038, and a Glock, model 23, .40 caliber, semi-automatic pistol, bearing serial number MSL440, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, to wit, 500 grams and more of cocaine, 400 grams and more of fentanyl, and 100 grams and more of a fentanyl analogue, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Two of this Third Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT SIX
Possession with Intent to Distribute
Controlled Substances; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi) and 18 U.S.C. § 2)

The Grand Jury further charges:

On or about January 11, 2021, in Quincy, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

did knowingly and intentionally possess with intent to distribute controlled substances, to wit, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vi) and Title 18, United States Code, Section 2.

Before the defendant, ADERITO AMADO, committed the offense charged in this count, the defendant was convicted in Plymouth Superior Court of Possessing to Distribute a Controlled Substance (Class B) (*see Commonwealth v. Aderito Amado*, 1783-cr-00110), a serious drug felony, for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the instant offense.

COUNT SEVEN
Felon in Possession of Firearm
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about January 11, 2021, in Quincy, in the District of Massachusetts, and elsewhere, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is, a Glock, model 21, .45 caliber, semi-automatic pistol, bearing serial number BHXG499.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT EIGHT
Possession of a Firearm in Furtherance of a Drug Trafficking Crime
(18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

On or about January 11, 2021, in Quincy, in the District of Massachusetts, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

did knowingly possess a firearm, that is, a Glock, model 21, .45 caliber, semi-automatic pistol, bearing serial number BHXG499, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute controlled substances, to wit, a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and 40 grams and more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenyl-ethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count Six of this Third Superseding Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury further finds:

1. Upon conviction of one or more of the offenses in violation of Title 21, United States Code, Sections 841 and 846 set forth in Counts One, Two, Three, and Six, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses. The property to be forfeited includes, but is not limited to, the following assets:

a. a 2020 Jeep Cherokee, model number WKJP74, with Vehicle Identification Number 1C4RJFBG0LC327633;

b. an Apple iPhone, seized on or about January 11, 2021, from 35 Audubon Road, Apt. 401;

c. an Apple MacBook seized on or about January 11, 2021, from 35 Audubon Road, Apt. 401;

d. $17,471 in U.S. currency, seized on or about January 11, 2021, from 35 Audubon Road, Apt. 401;

e. An Apple iPhone with a black case seized from a blue Jeep Cherokee on or about January 11, 2021;

f. A black Samsung smartphone with a cracked screen seized from a blue Jeep Cherokee on or about January 11, 2021;

g. A black Samsung smartphone seized from a blue Jeep Cherokee on or about January 11, 2021;

h. A red Apple iPhone with a black seize seized from a blue Jeep Cherokee on or about January 11, 2021;

i. A black Apple iPhone with a black case seized from a blue Jeep Cherokee on or about January 11, 2021;

j. A blue Samsung phone seized from a blue Jeep Cherokee on or about January 11, 2021;

k. Approximately $1,576 U.S. currency seized from a blue Jeep Cherokee on or about January 11, 2021;

l. Approximately $49,990 U.S. currency seized from a blue Jeep Cherokee on or about January 11, 2021;

m. A money counter seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

n. Approximately $295,620 U.S. currency seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

o. An Apple iPhone, seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

p. An Apple iPhone with black case, seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

q. An Apple iPhone with a cracked screen, seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021; and

r. An Apple iPhone seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendants-

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1. Upon conviction of of one or more of the offenses in violation of Title 18, United States Code, Sections 922(g) and 924, set forth in Counts Four, Five, Seven, and Eight, the defendant,

ADERITO PATRICK AMADO,
a/k/a "Pat", "Zeek", and "Zeeek",

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

a. .45 Auto caliber Glock model 21, Gen4 semi-automatic pistol, serial number BHXG499 , seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

b. thirteen rounds of Nosler .45 caliber ammunition, seized from Apt. 1321, 333 Ricciuti Drive, on or about January 11, 2021;

c. a MasterPiece Arms, MPA model, 9mm, semi-automatic pistol, with serial number F20089, seized from 35 Audubon Road, on or about January 11, 2021;

d. a Glock, model 23, .40 caliber, semi-automatic pistol, with serial number MSL440, seized from 35 Audubon Road, on or about January 11, 2021;

e. a Glock, model Zev Custom, 9mm, semi-automatic pistol, with serial number BERU038, seized from 35 Audubon Road, on or about January 11, 2021;

f. Two thirty-round magazines containing 9mm ammunition, seized from 35 Audubon Road, on or about January 11, 2021; and

g. One box of .40 caliber ammunition, seized from 35 Audubon Road, Apt. 401, on or about January 11, 2021.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants --

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL

_______________________________
FOREPERSON

_______________________________
KAITLIN R. O'DONNELL
PHILIP A. MALLARD
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: May 29, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/Thomas F. Quinn 5/29/202 @ 12:45pm
_______________________________
DEPUTY CLERK